Joel Mark (State Bar #054049)
NORDMAN CORMANY HAIR & COMPTON LLP
1000 Town Center Drive, 6th Floor
P.O. Box 9100
Oxnard, California 93031-9100
(805) 485-1000
(805) 988-8387 (fax)
E-Mail: jmark@nchc.com

Attorneys for Defendant Biometics International, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENIA SINTSIRMAS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br>Plaintiffs,<br><br>vs.<br><br>BIOMETICS INTERNATIONAL, INC.,<br>Defendant. | CASE NO. 08 CV 841 JLS RBB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT [F.R.Civ.P. 12]**<br><br>DATE: August 14, 2008<br>TIME: 1:30 p.m.<br>CTRM: 6<br><br>TRIAL DATE: None Set |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 14, 2008, at 1:30 p.m., in Courtroom 6 of the United States District Court located at 880 Front Street, San Diego, California 92101-8900, defendant Biometics International, Inc. ("Biometics") will and hereby does move the Court for an order dismissing the Complaint upon each and all of the following alternative grounds:

1. Biometics moves that this matter be dismissed and that plaintiff be compelled to pursue her claim by way of an individual arbitration in the City of Camarillo, California.

///

2. Biometics moves that the action be dismissed pursuant to 28 U.S.C. § 1391(a) due to the fact that venue is not proper within the Southern District of California.

3. Biometics moves pursuant to 28 U.S.C. § 1404(a) that this matter be transferred to the United States District Court for the Central District of California, where Biometics maintains its central business headquarters and where all of its employee witnesses reside.

4. Biometics moves that the class action allegations be stricken, and that the matter be dismissed for lack of subject matter jurisdiction, as plaintiff's individual claims do not exceed the minimum amount in controversy for diversity jurisdiction.

5. Biometics moves to dismiss Count 2 of the Complaint because it is apparent from the face of the Complaint that plaintiff lacks standing to bring a claim under the California Consumers Legal Remedies Act because plaintiff avers at paragraph 18 that she purchased Biometics products for resale (distribution) and thus plaintiff is not "an individual who seeks or acquires, by purchase or lease, any goods or services for personal, family, or household purposes, as required by California Civil Code section 1761(d).

These Motions are based upon F.R.Civ.P. Rule 12. They are supported by this Notice of Motion, by the Memorandum of Points and Authorities and accompanying Declarations of Ted Silverberg and Joel Mark filed concurrently herewith, by all other documents and records on file herein, and by such further oral and documentary evidence and other papers as may be presented before or at the hearing on this matter.

DATED: May 29, 2008

**NORDMAN CORMANY HAIR & COMPTON LLP**

By: ______________________

Joel Mark
Attorneys for Defendant Biometics International, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1000 Town Center Drive, 6th Floor, P.O. Box 9100, Oxnard, CA 93031-9100.

On May 29, 2008, I served the foregoing document described as NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT [F.R.Civ.P. 12] on the interested parties in this action

☑ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached Service List.

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☑ **BY MAIL**

☐ I deposited such envelope in the mail at Oxnard, California. The envelope was mailed with postage thereon fully prepaid.

☑ I caused such envelope to be deposited in the mail at Oxnard, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Oxnard, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 29, 2008, at Oxnard, California.

G.C. Hentschel

## SERVICE LIST

| | |
|---|---|
| Francis M. Gregorek, Esq.<br>Betsy C. Manifold, Esq.<br>Rachele R. Rickert, Esq.<br>Wolf Handenstein Adler Freeman & Herz LLP<br>750 B. Street, Suite 270<br>San Diego, CA 92101<br><br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599 | Attorneys for Plaintiff |
| Adam J. Levitt, Esq.<br>Wolf Handenstein Adler Freeman & Herz LLP<br>55 West Monroe Street, Suite 1111<br>Chicago, Illinois 60603<br><br>Telephone: (312) 984-0000<br>Facsimile: (312) 984-0001 | Plaintiff's Liaison Counsel |
| George Sintsirmas, Esq.<br>6212 Coldstream<br>Highland Heights, Ohio 44143<br><br>Telephone: (440) 446-1529<br>Facsimile: (440) 446-1530 | Attorney for Plaintiff |