UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIA SINTSIRMAS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>vs.<br><br>BIOMETICS INTERNATIONAL, INC.<br><br>Defendant. | Case No. 08 CV 841 JLS RBB<br><br>**ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |

The Court, having considered the Joint Motion to Continue Hearing Date on Defendant's Motion to Dismiss submitted by the parties, and finding good cause, hereby continues the hearing date on Defendant's Motion to Dismiss to October 2, 2008 at 1:30 p.m.

IT IS SO ORDERED.

DATED this 2nd day of July, 2008

HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT COURT

BIOMETRICS:16167